UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10 CR 00168 |
| v. | : | Hon. Susan D. Wigenton |
| RICHARD COLTHURST | : | |

### UNSEALING ORDER

This matter having been brought before the Court upon application of defendant Richard Colthurst (Ronald G. Russo, Esq., appearing), for an Order unsealing the above-referenced case and all papers filed therein, the motion having been unopposed by the United States, and for good cause shown,

IT IS on this 15th day of November, 2010,

ORDERED that the case and all papers filed therein be, and hereby are, unsealed.

_____
HON. SUSAN D. WIGENTON
United States District Judge